IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 8:03CR532 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| GUADALUPE OJEDA-AUDELO, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that:

(1) At the request of the defendant through his counsel, and with the agreement of the government, the defendant may be absent from his July 13, 2006 hearing on the Rule 35 motion.

(2) The Marshal is directed not to return the defendant to the district.

(3) The defendant is held to have waived his right to be present.

June 13, 2006.                    BY THE COURT:

                                  s/ *Richard G. Kopf*
                                  United States District Judge